■ In the Matter of 5700-5800-5900 ARLINGTON AVENUE ASSOCIATES v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL.—Motion denied wherein it seeks leave to appeal to Court of Appeals, and granted wherein it seeks reargument; and upon reargument the order of this court entered on January 24, 1989 (146 AD2d 973) is vacated and a new order substituted therefor. *(See,* 149 AD2d 343 [decided herewith].) Kupferman, J. P., Ross, Carro, Ellerin and Wallach, JJ.